UNITED STATES DISTRICT COURT
For the District of Columbia
333 Constitution Avenue, N.W.,
WASHINGTON D.C.20001

Case: 1:18-cv-01287  **JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 5/31/2018
Description: Pro Se Gen. Civ. **(F-DECK)**

Mahbobeh Shariati
Plaintiff

Vs

Department of Justice
Civil Torts Division
Representative (s)
U.S. Federal Bankruptcy COURT/ EASTERN DISTRICT
U.S District COURT/ EASTERN DISTRICT/ Alexandria, Virginia
Alexandria, Virginia
Trustee H. Jason Gold
Trustee's Dylane G. Trache, PA
Defendant (s)

Department of Justice case no: GKJ.H.L.Swann:hls 157-16-0
Bankrupt court case no: 13-14059-RGM
Bankruptcy court Adv.pro.No. 14-01149-RGM
District Court case 1: 15 cr-00296-CMH
Bankruptcy Court Adv.Pro.No. 15-01052-RGM

## NOTICE OF CIVIL ACTION/COMPLAINT

FRAUD UPON THE COURT/LACK OF JURISDICTION/BREACH OF FIDUCIARY DUTIES/INVOLUNTARY CHAPTER 7/TRANSFERRING PROPERTY AND THIRD PARTY SALE WITHOUT CHAIN OF TITLE/ WRONGFULL FORECLOSURE /NEGLIGENCE/ UNJUST ENRICHMENT/VIOLATON OF AUTOMATIC STAY/TRANSFERRING OR MERGING CORPORATIONS?/QUALIFYING CREDITORS ?/ DOUBLED AND ADD UNKOWN CLAIMS /FIRST,THIRD, FIFTH ,EIGHT, FOURTEEN CONSTITUTION VIOLATIONS/CRUEL AND UNUSUAL PUNISHMENT / VIOLATION OF SHOW CAUSE HEARING/SLANDER NAME,TITLE PROPERTIES/ CONTINUE TRESPASSING UPON PLAINTIFF'S PROPERTY AFTER INVOLUNTARY CHAPTER7 DISMISSED/ SHOW CAUSE HEARING EX-PARTE/ JUDGE AND TRUSTEE CONTEMPT THE COURT/ VIRGINIA DISTRICT AND BANKRUPTCY COURT OBSTRACT JUSTIC/ BANKRUPTCY JUDGMENT MORE THAN 2 MILLION DOLLARS TO PLAINTIFF HUSBAND WITHOUT BEING PARTY IN BANKRUPTCY CASE AND PLAINTIFF SENTENCE FOR 30 DAYS WITHOUT JURY TRIAL FOR I COUNT $10 ASSESMENT $0 FINE $0 RESTITUTION.PLAINTIFF DID NOT HAVE ANY JUDGMENT AGAINST HER OR HER PROPERTY, INVOLUNTARY CHAPTER 7 BANKRUPTCY DISMISSED $0 CLAIM, $0 DISCHARGED, $0 DELIVERED TRUSTEE CONTINUE TRESSPASSING UPON HER PROPERTY.

I, Mahbobeh Shariati, pursuant to 28 U.S.C 1746, hereby declares as follows under penalty of perjury.

1-My name is Mahbobeh Shariati. I am over 18 years of age and am competent to testify as to the matter set forth herein.

2-Per SUPPLEMENTAL DECLARATION OF TRUSTUEE H. JASON GOLD under penalty of perjury; DOC 46; case 15-01052-RGM DATED 11/27/15 line 5; H. Jason Gold stated; " as chapter 7

# RECEIVED

1 | 4 P a g e

MAY 3 1 2018

Clerk, U.S. District and
Bankruptcy Courts

trustee one of my primary tasks is to identify, locate and liquidate the non- exempt property of Mahbobeh Shariati, the debtor, and distribute the proceeds to the creditors."

3-I am owner of exempt property known as 6529 Fairlawn drive McLean Virginia since December 2005: 1) I have in my position DEED OF TRUST and DEED under husband and wife tenancy by the entirety since November 2008. 2) Trustee vested said property to his name unlawfully on 1/28/15, DOC 45, 14-01149-RGM: a) my husband was not party in bankruptcy case 13-14059-RGM. b) Amount of controversy exceeds more than 2 million dollars. c) There is non- motion for default judgment. d) prepared by Dylan G. Trache with Nelson Mullins Riley & Scarborough, LLP, employed by trustee on 1/27/2015 per order DOC 45 dated 1/28/15;14-01149-RGM without firsthand knowledge. e) Lack of jurisdiction. f) Without probable cause. g) There is non-final judgment order. h) Involuntary chapter 7 bankruptcy 12/16/2016 dismissed $0 claim, $0 delivered.

4-Per H. Jason ; case 15-01052-RGM,dated 11/27/15,doc 46 stated "I am partner at the law firm Nelson Mullins Riley & Scarborough, LLP, with an address at 101 Constitution Avenue, N.W., suite 900, Washington, DC 20001."
**i paid too much for filling chapter 11 bankruptcy:**

1-while i was current in Chapter 11 bankruptcy forced to involuntary chapter 7. (I did not pay fee)

2- Alleged claim, instead of become zero (alleged creditor withdrawal its (B10) claim#8, and were not even exist at time of auction). (Trustee negligence)

3- Add claims that i never had it before filling bankruptcy. (Trustee negligence)

4- Did not get any credit for all payments i paid during chapter 11 bankruptcy and did not get any state of Virginia or federal homestead credit. (Trustee negligence)

5- $91, 440.21 transferred on April, 2014 to trustee from DIP account without my knowledge or court order.

6- More than $6350 froze IN Dip account without court order and i did not get credit for it.

7- I evicted by gun point at me on July 9, 2015 from property which i built (May 2008): A) without meeting of mind, B) notice of appeal pending (filed on June 25, 2015) and i had several cases pending.
C) my property sold on bankruptcy court auction to cash buyer on December 10, 2015 for $1,685,000 without due process of law. D) Without any judgment (against i or my property), E) while stay was in full force till January 28, 2016 (judge and trustee contempt the court and obstruct justice), F) amount of controversy exceed 2 million dollars, G) without jury trial, facts or evidence, testimony or affidavit.

8- i Sentenced 30 days in detention center in Alexandria Virginia (for contempt of the court) without any valid proof of claim, or interest party, testimony or affidavit of alleged damaged party, without probable cause, without any facts or evidence (ex parte), without jury trial, District court and Bankruptcy court deprive my right and did obstruction of justice, committed an injustice and perjury.

9-two days in Fairfax county detention center (per higher court decision i was not guilty) for going back to my property, while I was disputing alleged B10 form and my notice of appeal were pending.

10-i never received any consideration nor federal or state homestead exempt, never was meeting of mind or consent, I did not pay for chapter 7 bankruptcy, all done under duress and protest.

11- Slander my name and titles, because I was disputing all of alleged debts.

12-while trustee and judge contempt the court: 1-notice of appeal pending, 2- bankruptcy court auction (12/10/15) full stay was in full force till 1/28/2016. 3- without judgment against I or my property. 4-without public notified nor I and my husband knowledge. 5 - Amount of controversy more than 2 million dollars. 6- Constitution violation, due process of law violation and FDCPA violation. 7- I was not guilty per higher court decision going back to my property (Fairfax County Circuit Court).

13-i do not know who got more than $1,700,000. In addition, why remain alleged debt is more than before filling chapter 11 bankruptcy after trustee claim paid my alleged debts? (After bankruptcy dismissed, alleged debt instead of becoming $0 became more). Who got more than $1,700,000???

14- Involuntary bankruptcy chapter 7 dismissed, $0 discharged, $0 claim $0 delivered and Trustee continue trespassing upon my properties.

15-i was and i am willing to pay any debt that is true, due and owing.
As a result of the Trustee's, bankruptcy court's, Eastern District court's action, I have been damaged in that it has incurred very substantial fees dealing with activities Trustee, Bankruptcy Court, Eastern District Court over a period of many months ,while there were non- secure creditor, and with all third party debt collectors, all hearsay and ex-parte. Involuntary bankruptcy chapter 7 dismissed, $0 discharged, $0 claim $0 delivered and Trustee continue trespassing upon my properties.
 i wish to get justice and restore my name and my titles and move back to my exempt property known as 6529 Fairlawn Drive, McLean, Virginia which i built and was evicted from by gun point at me unlawfully.
(President Executive order 12/21/17). i lost my job too. It is my right to be heard.

**i wish to get all damages include punitive damages for all counts:**

FRCP.15.(A) (1): Right to amendment and supplemental pleadings to included:
    (1) Exhibits (2) Remedies (3) summary conclusion (4) Briefs (5) complete complains (6) certificate of service

My monitory damages are 2$ per second from april2, 2014 till settlement day or 40 million dollars whichever is bigger.

I willing to forgive all who were involved if I have arbitration meeting before court hearing.

I say here and will verify in open court all here in be true.

I require trial by jury; I reserve all my right without prejudice.

I declare under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted

BY; _Shariati, Mahbobeh_

Mahbobeh Shariati
May 31, 2018
C/o PO BOX 2872
Merrifield, Virginia, [22116] USA
703-973-4663
Daramet2009@yahoo.com

**PROOF OF SERVICE**

I, the undersigned do hereby certify that on this _31_ day of _May_, 20_18_ that I did serve upon the, a true and correct copy of the foregoing complain and Mahbobeh affidavit to their address as stated below using United States Postal Service Certified mail numbered.

Hope L. Swann
U.S. Department of justice
Civil Division, torts Branch
Federal Tort Claims Act Staff
Post office Box 888
Benjamin Franklin Station
Washington D.C 20044

7015 3430 0000 6463 2824

please find Attached
Mahb Affidavit of Mahbobeh
Shariati Exhibit
7 Pages

Respectfully submitted

BY; _Shariati Mahbobeh_

Mahbobeh Shariati
May 31, 2018
C/o PO BOX 2872
Merrifield, Virginia, [22116] USA
703-973-4663
Daramet2009@yahoo.com
